AO 451 (Rev. 11/2002) Certification of Judgment for Registration in Another District

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 05CV61655/MORENO

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MISC 06-132

David Schottenfeld, as Trustee
of The Ageloff Education
Irrevocable Trust,

                Plaintiff

v.

David C. Glasser,

                Defendant

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, __CLARENCE MADDOX__, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __8/17/2006__, as it appears in the records of this court, and that

\* "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

10/26/2006
Date

___ Docketed
_✓_ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

Clarence Maddox
(Clerk)

(By) Deputy Clerk

---

\*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.". . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]."... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken form this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filling a notice of appeal)

CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 05-61655-CIV-MORENO

DAVID SCHOTTENFELD, as Trustee of THE AGELOFF EDUCATION IRREVOCABLE TRUST,

Plaintiff,

vs.

DAVID C GLASSER,

Defendant.
_____/



FILED by ___ D.C.

AUG 1 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D. OF FLA.

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Final Judgment (D.E. No. 7), filed on **February 13, 2006**

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant **David C. Glasser** for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant **David C. Glasser**. Accordingly, it is

ADJUDGED that the Motion for Default Final Judgment is GRANTED. Judgment is hereby entered in favor of Plaintiff DAVID SCHOTTENFELD, as Trustee of THE AGELOFF EDUCATION IRREVOCABLE TRUST and against Defendant DAVID C. GLASSER. It is further ADJUDGED that Plaintiff shall recover from Defendant compensatory damages in the amount of $1,500,000; pre-judgment interest in the amount of $122,501.40 from the date of default,

November 20, 2004 through February 13, 2006, attorney's fees and costs in the amount of $320, for a sum total of $1,622,821.40. Interest shall accrue on this judgment pursuant to 28 U S C §1961

For which sum let execution issue

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of August, 2006.

FEDERICO A MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

William S. Isenberg, Esq.

David C. Glasser
10850 Wilshire Boulevard
6th Floor
Los Angeles, CA 90024



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
District Court
Southern District of Florida
By _____ Deputy Clerk
Date OCT 27 2006

-2-



# United States District Court
## Southern District of Florida

**NOTICE:** A few Judges do not participate in FaxBack, and thus require litigants to accompany motions with envelopes. Visit the court's website at: www.flsd.uscourts.gov or call the Help Line (305) 523-5212 for an updated listing of participating Judges.

### CM/ECF COMING EARLY 2006

The United States District Court for the Southern District of Florida is planning to implement the Case Management/Electronic Case Files (CM/ECF) system. CM/ECF will provide electronic noticing via e-mail and user-friendly electronic case filing features. CM/ECF will replace FaxBack noticing; therefore attorneys will be asked to register for CM/ECF at some point later this year. To keep current with CM/ECF developments please view our website at www.flsd.uscourts.gov.

## Notice of Orders or Judgments

Date: 08/21/06

To: William S. Isenberg (aty)
2005 S Federal Highway
Suite 100
Fort Lauderdale, FL 33316

Re: Case Number: 0:05-cv-61655     Document Number: 15

NOTE: **If you are no longer an attorney in this case, please disregard this notice.**
Be sure to promptly notify the Clerk of Court in writing of any changes to your name, address, law firm, or fax number. This notification should be sent for each of your active cases.
If this facsimile cannot be delivered as addressed, or you have ANY problems with this fax transmission, please call the Help Line (305) 523-5212 and the problem will be rectified. Since this transmission originated from the Clerk's Office, JUDGES CHAMBERS SHOULD NOT BE CONTACTED.

Number of pages including cover sheet:
3