Robert N. Conrad, SBN 055093
ROBERT NOLAN CONRAD,
A LAW CORPORATION
1901 Avenue of the Stars
Suite 1100
Los Angeles, California 90067
(310) 557-2001

Attorney for United States of America
successor-in-interest to Plaintiff,
as judgment creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHOTTENFELD, as Trustee of THE AGELOFF EDUCATION IRREVOCABLE TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID C. GLASSER,<br><br>    Defendant.<br>_____ | Case No. CV 07-878 AHS (AJWx)<br><br>RENEWAL OF JUDGMENT BY CLERK |

Based upon the sum certain application by the United States of America, as successor-in-interest of Plaintiff David Schottenfeld, as Trustee of the Ageloff Education Irrevocable Trust for renewal of the original judgment in favor of said Plaintiff and against defendant David C. Glasser, and pursuant to F.R.C.P. 69(a) and California Code of Civil Procedure §§ 683.110 through 683.320, and the Florida judgment in this action originally obtained by Plaintiff first entered in this action in the United States District Court for the Central District of California on November 7, 2006, and good cause appearing therefor,

///

///

1. The money judgment in the original sum of $1,622,821.40 is renewed as follows:

| | | |
|---|---|---:|
| (a) | Total judgment: | $1,622,821.40 |
| (b) | Costs after judgment: | 0.00 |
| (c) | Attorney's Fees | 0.00 |
| (d) | Subtotal *(add (a) thru (c))* | $1,622,821.40 |
| (e) | Credits after judgment: | <$1,359,239.24> |
| (f) | Subtotal Due: | $263,582.16 |
| (g) | Interest after judgment: | $931,642.20 |
| (h) | Fee for filing renewal application: | $0.00 |
| (i) | **Total renewed judgment:** | $1,195,224.36 |

The Judgment in favor of Plaintiff David Schottenfeld, Trustee, against Defendant David C. Glasser, entered on November 7, 2006 in this Court, and which Judgment is now held by the United States of America, as successor-in-interest to said Plaintiff, is hereby renewed in the amount of $1,195,224.36.

DATED: 10/20/2016         by   s/ J. Remigio
                                Deputy Clerk